UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOURDES BRINDIS,

        Plaintiff,

v.                       Case No. 8:09-cv-2592-T-33TGW

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.
_____/

## **ORDER**

This matter is before the Court *sua sponte*. The undersigned District Judge recuses herself from this case because: (1) she has had contact with the Plaintiff, Lourdes Brindis, on numerous occasions in conjunction with Ms. Brindis' employment with the Hillsborough County Bar Association; (2) when Ms. Brindis was injured, she communicated with Ms. Brindis in the form a of get well card; and (3) she submitted a monetary donation to the Bar Association to help defray Ms. Brindis' medical expenses.

Thus, to avoid even the appearance of impropriety and in an abundance of caution, the undersigned recuses herself from this case pursuant to 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.

2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of May 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record